IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JERRY JOHNNY THOMPSON, JR.,

    Plaintiff

v.   CASE NO. 7:12-CV-99 (HL)

Lt. LARRY BYRD, et al,

    Defendants

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 7) filed November 2, 2012 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 26th day of November, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge
United States District Court**