IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JERRY JOHNNY THOMPSON, JR., :
:
Plaintiff :
:
v. :   CASE NO. 7:12-CV-99 (HL)
:
LT. LARRY BYRD, et al, :
:
Defendants :

### ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 68) filed January 17, 2014 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 19th day of February, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**